UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITIES AND EXCHANGE
COMMISSION,                                                       Case No. 03-74983

      Plaintiff,                                                          Honorable Nancy G. Edmunds

v.

DONALD F. CHAMBERLIN, and DAVID N.
CHAMBERLIN,

      Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [74]**

      This matter comes before the Court on the Magistrate Judge's September 30, 2006 Report and Recommendation [44]. Being fully advised in the premises and having reviewed the record and the pleadings, the Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation.

      Final judgment of $3,017,315.57 against Defendant Donald F. Chamberlin must be paid by November 1, 2006, with the government allowed to pursue its ordinary collection methods for delinquent accounts for any amounts remaining unpaid after that date.

      SO ORDERED.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated: October 16, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 16, 2006, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager